IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:11-CV-452-MOC-DSC

AMANDA BLOUNT,

        Plaintiff,

vs.

CARLSON HOTELS, INC. (aka CARLSON
HOTELS, AMERICAS) and formerly
operating under the corporate name
CARLSON HOTELS WORLD-WIDE, INC.,
COUNTRY INN & SUITES BY CARLSON,
INC. & CEVINA, LLC & CHIMAN V. PATEL,
in his Individual and Official Capacity,

        Defendants.

## ORDER

**THIS MATTER** is before the Court on Plaintiff's "Motion to Compel Responsive Answers to Interrogatories and Production of Documents" (document #57), as well as the parties' briefs and exhibits. See documents ##57-1 through 57-8, 58, 58-1 through 58-4, 60 and 60-1 through 60-4.

The Court has carefully reviewed the authorities, the record, and the parties' arguments. Plaintiff seeks an order compelling responses to written discovery requests that she served on Defendants in an untimely manner. The Court has previously denied Plaintiff's Motion to extend the discovery period. For those reasons, as well as the other reasons stated in Defendants' "Response ..." (document #58), Plaintiff's Motion is denied.

**SO ORDERED**.

Signed: September 20, 2012

David S. Cayer
United States Magistrate Judge